

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-15-00482-CV

**IN RE ESPERANZA HUGHES**,

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54382-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file response is hereby GRANTED. Time is extended to October 27, 2016.

It is so **ORDERED** September 29, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court